UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| KEVIN FRALEY, | |
| Petitioner, | Civil Action No. 09-82-KKC |
| v. | |
| J.C. ZUERCHER, | **JUDGMENT** |
| Respondent. | |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED AND ADJUDGED** that:

1. The petition filed pursuant to 28 U.S.C. § 2241 by Kevin Fraley against J.C. Zuercher as Respondent [R. 2] is **DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

2. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 30th day of July, 2009.



Signed By:
*Karen K. Caldwell* KKC
United States District Judge